# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TONY C. BROACH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 16-0367-WS-MU |
| KIM THOMAS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on plaintiff's Motion for Clarification (doc. 94).

On June 5, 2018, the undersigned entered an Order (doc. 92) granting plaintiff's Motion to Dismiss without Prejudice (doc. 90). A Judgment (doc. 93) dismissing this action without prejudice was entered on the same date. Now plaintiff files a *pro se* Motion for Clarification in which he writes, "Question to the Court is there a statute of limitation to refile the above action? If so what is plaintiff's time frame." (Doc. 94, at 1.)

The rules of ethics forbid federal courts from providing legal advice to unrepresented litigants. *See, e.g., GJR Investments, Inc. v. County of Escambia, Fla.*, 132 F.3d 1359, 1369 (11th Cir. 1998) (explaining that the leniency shown to *pro se* litigants "does not give a court license to serve as *de facto* counsel for a party"); *Shivers v. Alabama River Cellulose GP*, 2016 WL 1717211, *3 (S.D. Ala. Apr. 28, 2016) ("Neither this Court nor court staff can give him legal advice or act as his *de facto* legal counsel in helping him to prosecute his claims …. Rather, it remains Shivers' responsibility – whether or not he has a lawyer – to identify and comply with the rules and to litigate his claims."); *Turner v. Cunningham*, 2008 WL 2157113, *2 (S.D. Ala. May 20, 2008) ("Because plaintiffs are proceeding *pro se*, the Court stresses that it cannot provide them with legal advice …. Plaintiffs are strongly encouraged to consult with counsel and obtain legal advice ….").

Broach's claims, like any other civil claims, are subject to certain limitations periods prescribed by law; however, this Court cannot advise Broach as to the duration of those periods

or their particular application to the facts and circumstances of his case. Accordingly, the Motion for Clarification must be, and is, **denied**. Plaintiff is strongly encouraged to consult with counsel and to obtain legal advice about the applicable limitations periods as they might affect any deadlines for refiling his complaint in a timely manner.

DONE and ORDERED this 6th day of July, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE